**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-7134**

———————

UNITED STATES OF AMERICA,

             Plaintiff – Appellee,

      v.

MICHAEL E. WILLIAMS,

             Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Henry E. Hudson, District Judge.  (3:03-cr-00344-HEH-1)

———————

Submitted:  January 5, 2017          Decided:  January 11, 2017

———————

Before GREGORY, Chief Judge, and SHEDD and WYNN, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Michael E. Williams, Appellant Pro Se.  Olivia L. Norman, OFFICE OF THE UNITED STATES ATTORNEY, Stephen David Schiller, Assistant United States Attorney, Richmond, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael E. Williams appeals the district court's order granting his 18 U.S.C. § 3582(c)(2) (2012) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Williams</u>, No. 3:03-cr-00344-HEH-1 (E.D. Va. Aug. 10, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>